UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES C. WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-1253** |
| **COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **SECTION: "I" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation[1], the Supplemental Report and Recommendation[2], and the objections[3] by plaintiff, Charles Walker, which are hereby **OVERRULED**, hereby approves the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation and adopts them as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Charles C. Walker's claim for a period of disability and Disability Insurance Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 8th day of September, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

1 Rec. Doc. No. 16

2 Rec. Doc. No. 19

3 Rec. Doc. Nos. 17 and 20